1  **ERIN J. RADEKIN**
   **Attorney at Law  - SBN 214964**
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  SANDRA HERMOSILLO

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-CR-00296 WBS |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |
| SANDRA HERMOSILLO, et al. | |
| Defendant. | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Dominique Thomas; defendant, Moctezuma Tovar, by and through his counsel, Thomas Johnson; defendant, Manuel Herrera, by and through his counsel, John Manning; defendant, Ruben Rodriguez, by and through his counsel, Bruce Locke; defendant, Jaime Mayorga, by and through his counsel, Ronald Peters; defendant, Jun Michael Dirain, by and through his counsel, Matthew Scoble; defendant, Christian Parada Renteria, by and through his counsel, Chris Cosca; and defendant, Sandra Hermosillo, by and through her counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, December 12, 2011 at 9:30 a.m., and to continue the status conference until February 6, 2012 at 9:30 a.m., in the courtroom of the Honorable William B. Shubb.

The reason for this request is that there is voluminous discovery in this matter and counsel are engaged in reviewing discovery, investigation, other defense preparation and/or plea

negotiations. Further, Ms. Radekin suffered a broken foot on November 29, 2011 which will require surgery on December 9, 2011. The Court is advised that Ms. Thomas and all defense counsel noted above concur with this request and have authorized Ms. Radekin to sign this stipulation on their behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until February 6, 2012 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: December 7, 2011      BENJAMIN WAGNER
United States Attorney

By:     /s/ Erin J. Radekin for
DOMINIQUE THOMAS
Assistant United States Attorney

Dated: December 7, 2011      /s/ Erin J. Radekin for
THOMAS JOHNSON
Attorney for Defendant
MOCTEZUMA TOVAR

Dated: December 7, 2011      /s/ Erin J. Radekin for
JOHN MANNING
Attorney for Defendant
MANUEL HERRERA

Dated: December 7, 2011      /s/ Erin J. Radekin for
BRUCE LOCKE
Attorney for Defendant
RUBEN RODRIGUEZ

Dated: December 7, 2011      /s/ Erin J. Radekin for
RONALD PETERS
Attorney for Defendant
JAIME MAYORGA

Dated: December 7, 2011      /s/ Erin J. Radekin for
MATTHEW SCOBLE
Attorney for Defendant
JUN MICHAEL DIRAIN

| | |
|---|---|
| Dated: December 7, 2011 | /s/ Erin J. Radekin for<br>CHRIS COSCA<br>Attorney for Defendant<br>CHRISTIAN PARADA RENTERIA |
| Dated: December 7, 2011 | /s/ Erin J. Radekin<br>ERIN J. RADEKIN<br>Attorney for Defendant<br>SANDRA HERMOSILLO |

## **ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of December 12, 2011 at 9:30 a.m. is VACATED and the above-captioned matter is set for status conference on February 6, 2012 at 9:30 a.m. The court finds excludable time in this matter through February 6, 2012 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: December 8, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE