JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MANUEL HERRERA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MOCTEZUMA TOVAR, et al.,<br><br>Defendants. | No. CR-S-11-296 WBS<br><br>STIPULATION AND<br>[~~PROPOSED~~ ORDER] CONTINUING<br>STATUS CONFERENCE<br><br>Date: March 19, 2012<br>Time: 9:30 a.m.<br>Judge: Honorable William B. Shubb |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Dominique N. Thomas, Assistant United States Attorney, together with counsel for defendant Moctezuma Tovar, Thomas A. Johnson, Esq., counsel for defendant Manuel Herrera, John R. Manning, Esq., counsel for defendant Ruben Rodriguez, Bruce Locke, Esq., counsel for defendant Jaime Mayorga, Ronald J. Peters, Esq., counsel for defendant Sandra Hermosillo, Erin J. Radekin, Esq., counsel for defendant Jun Dirain, Matthew M. Scoble, Esq., and counsel for defendant Christian Renteria, Christopher R. Cosca, Esq., that the status conference presently set for February 6, 2012 be **continued to March 19, 2012, at 9:30 a.m.,** thus **vacating** the presently set status conference.

Defense counsel requires additional time to review the discovery and perform investigation. Therefore, counsel for the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the defendants and the public

1

in a speedy trial. 18 U.S.C. 3161(h)(7)(A) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, March 19, 2012.

IT IS SO STIPULATED.

Dated: January 26, 2012 /s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Defendant
Moctezuma Tovar

Dated: January 26, 2012 /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Manuel Herrera

Dated: January 26, 2012 /s/ Bruce Locke
BRUCE LOCKE
Attorney for Defendant
Ruben Rodriguez

Dated: January 31, 2012 /s/ Ronald J. Peters
RONALD J. PETERS
Attorney for Defendant
Jaime Mayorga

Dated: January 27, 2012 /s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
Sandra Hermosillo

Dated: January 26, 2012 /s/ Matthew M. Scoble
MATTHEW M. SCOBLE
Attorney for Defendant
Jun Dirain

Dated: January 26, 2012 /s/ Christopher R. Cosca
CHRISTOPHER R. COSCA
Attorney for Defendant
Christian Renteria

Dated: January 29, 2012          Benjamin B. Wagner
                                  United States Attorney

                        by:      /s/ Dominique N. Thomas
                                  DOMINIQUE N. THOMAS
                                  Assistant U.S. Attorney

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MANUEL HERRERA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) No. CR-S-11-296 WBS
) 
    Plaintiff, )
) ORDER TO
) CONTINUE STATUS CONFERNCE
v. )
)
MOCTEZUMA TOVAR, et al., )
)
    Defendants. )
)
)
)

    The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

1 | The Court orders that the time from the date of the parties' stipulation, February 1, 2012, to and including March 19, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T4 (reasonable time for defense counsel to prepare). It is further ordered that the February 6, 2012, status conference shall be continued until March 19, 2012, at 9:30 a.m.

IT IS SO ORDERED.

Dated: February 1, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE