BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Suite 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
VICTOR ALVARADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR. S-11-296 WBS |
| Plaintiff, | )<br>)<br>) | STIPULATION AND PROPOSED |
| v. | )<br>) | ORDER TO CONTINUE THE<br>STATUS CONFERENCE FROM |
| MOCTEZUMA TOVAR, et al., | )<br>) | MARCH 19, 2012 TO MAY 14, 2012<br>AT 9:30 A.M. |
| Defendants. | )<br>) | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Steven Lapham, Assistant United States Attorney, together with counsel for defendant Moctezuma Tovar, Thomas A. Johnson, Esq., counsel for defendant Manel Herrera, John R. Manning, Esq., counsel for defendant Ruben Rodriguez, Bruce Locke, Esq., counsel for defendant Jaime Mayorga, Ronald J. Peters, Esq., counsel for defendant Sandra Hermosillo, Erin J. Radekin, Esq., counsel for defendant Jun Dirain, Matthew M. Scoble, Esq., and counsel for defendant Christian Renteria, Christopher R. Cosca, Esq., that the status conference presently set for March 19, 2012 be **continued to May 14, 2012, at 9:30 a.m.,** thus **vacating** the presently set status conference.

Defense counsel requires additional time to review the discovery and perform investigation. Therefore, counsel for the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the defendants and the public in a speedy trial. 18 U.S.C. 3161(h)(7)(A) (continuity of counsel/ reasonable time for effective

1

preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, May 14, 2012.

IT IS SO STIPULATED.

Dated: March 13, 2012                  /s/
THOMAS A. JOHNSON
Attorney for Defendant
Moctezuma Tovar

Dated: March 13, 2012                  /s/
JOHN R. MANNING
Attorney for Defendant
Manuel Herrera

Dated: March 13, 2012                  /s/
BRUCE LOCKE
Attorney for Defendant
Ruben Rodriguez

Dated: March 13, 2012                  /s/
RONALD J. PETERS
Attorney for Defendant
Jaime Mayorga

Dated: March 13, 2012                  /s/
ERIN J. RADEKIN
Attorney for Defendant
Sandra Hermosillo

Dated: March 13, 2012                  /s/
MATTHEW M. SCOBLE
Attorney for Defendant
Jun Dirain

Dated: March 13, 2012                  /s/
CHRISTOPHER R. COSCA
Attorney for Defendant
Christian Renteria

Dated: March 13, 2012     Benjamin B. Wagner
                          United States Attorney

                    by:      /s/
                          STEVEN LAPHAM
                          Assistant U.S. Attorney

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from March 19, 2012 to May 14, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T4 (reasonable time for defense counsel to prepare). It is further ordered that the March 19, 2012, status conference shall be continued until May 14, 2012, at 9:30 a.m.

IT IS SO ORDERED.

Dated:  March 15, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE