| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | MATTHEW M. SCOBLE, Bar #237432 |
| | Designated Counsel for Service |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, California  95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorney for Defendant |
| | JUN DIRAIN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S-11-296-WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED] ORDER;** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| TOVAR et al., | ) | |
| | ) | Date: June 25, 2012 |
| Defendant. | ) | Time: 9:30 a.m. |
| _____ | ) | Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through DOMINIQUE THOMAS, Assistant United States Attorney, JUN DIRAIN by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, MOCTEZUMA TOVAR by and through his attorney, THOMAS A. JOHNSON, MANUEL HERRERA by and through his attorney, JOHN MANNING, RUBEN RODRIGUEZ by and through his attorney, BRUCE LOCKE, JAIME MAYORGA by and through his attorney RONALD PETERS, SANDRA HERMOSILLO by and through her attorney ERIN RADEKIN and CHRISTIAN RENTERIA by and through his attorney, CHRISTOPHER COSCA, that the status conference presently scheduled for May 14, 2012, be continued to June 25, 2012, at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine

possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including June 25, 2012 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: May 10, 2012.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender

/s/ Matthew M. Scoble
MATTHEW SCOBLE
Assistant Federal Defender
Attorney for Defendant
Attorney for JUN DIRAIN

/s/ Matthew M. Scoble for
THOMAS A. JOHNSON
Attorney for MOCTEZUMA TOVAR

/s/ Matthew M. Scoble for
JOHN MANNING
Attorney for MANUEL HERRERA

/s/ Matthew M. Scoble for
BRUCE LOCKE
Attorney for RUBEN RODRIGUEZ

/s/ Matthew M. Scoble for
RONALD PETERS
Attorney for JAIME MAYORGA

/s/ Matthew M. Scoble for
ERIN RADEKIN
Attorney for SANDRA HERMOSILLO

/s/ Matthew M. Scoble
CHRISTOPHER COSCA
Attorney for CHRISTIAN RENTERIA

| | | |
|---|---|---|
| DATED: May 10, 2012. | | BENJAMIN WAGNER<br>United States Attorney |
| | | |
| | | /s/ Matthew M. Scoble for<br>DOMINIQUE THOMAS<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the May 14, 2012, status conference hearing be continued to June 25, 2012, at 9:30 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the June 25, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: May 10, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE