```
1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   MATTHEW M. SCOBLE, Bar #237432
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    JUN MICHAEL DIRAIN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>JUN MICHAEL DIRAIN,<br><br>              Defendant.<br>_____ | No. CrS 11-296-06 WBS<br><br>**MOTION TO PERMIT INSPECTION & COPYING OF PASSPORT; ORDER (PROPOSED)**<br><br>(No hearing requested)<br><br>Judge: Hon. William B. Shubb |

On August 2, 2011, Mr. Dirain deposited his passport with Pre-Trial Services as a condition of his release on bond. Recently, Mr. Dirain's spouse has applied for a job with the Federal government. As part of her background investigation, she needs to establish that her spouse, defendant Jun Dirain, is a United States citizen. The most expedient way to do this is to provide a copy of the data page from Mr. Dirain's passport.

The Defense proposes to examine the passport in the Clerk's office, and to copy the data page there. At no time will the passport

1  need to be removed from the Clerk's office and the defendant will not
2  be present for the inspection.  Counsel for the government, Assistant
3  US Attorney Steve Lapham, has no objection to this request.
4     A proposed order follows for the Court's convenience.
5  Dated:  August 28, 2012

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ Matthew M. Scoble
                                        _____
                                        MATTHEW M. SCOBLE
                                        Assistant Federal Defender
                                        Attorney for JUN MICHAEL DIRAIN


## **O R D E R**

The Defense motion to inspect and copy Mr. Dirain's passport is granted.  Defense counsel and the pretrial services officer shall work with the Clerk's office to make necessary arrangements to inspect and copy the defendant's passport.

Dated:  August 28, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE