BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Suite 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
RUBEN RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR. S-11-296 WBS |
|---|---|
| Plaintiff, | STIPULATION AND PROPOSED ORDER TO ALLOW RUBEN RODRIGUEZ TO TRAVEL TO MEXICO FOR THE BIRTH OF HIS FIRST CHILD |
| v. | |
| RUBEN RODRIGUEZ, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between the defendant Ruben Rodriguez, by and through his undersigned defense counsel, and the United States of America by and through its counsel, Assistant U.S. Attorney Lee Bickley, that Mr. Rodriguez may, with the permission of his Pre-Trial Services Officer, and pursuant to such conditions as required by the Pre-Trial Services Officer, travel to Mexico between April 19, 2013 and April 22, 2013 to attend the baptism of his daughter. It is further stipulated that Mr. Rodriguez must check-in with his Pre-Trial Services Officer as required by the Pre-Trial Services Officer. The Pre-Trial Services Officer may return Mr. Rodriguez's passport to him any time after the date of this Order and Mr. Rodriguez is ordered to surrender the passport to the Pre-Trial Services Officer the day after his return to the United States and no later that April 24, 2013. Ms. Bickley has authorized Mr. Locke to sign this pleading for her.

DATED: April 4, 2013      /S/ Bruce Locke
                          BRUCE LOCKE
                          Attorney for RUBEN RODRIGUEZ

DATED: April 4, 2013      /S/ Bruce Locke
                          For LEE BICKLEY
                          Attorney for the United States

IT IS SO ORDERED.

DATED: 4/5/13

HON. DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE