JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
MANUEL HERRERA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MOCTEZUMA TOVAR, et al.,<br><br>    Defendants. | No. CR-S-11-296 WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS<br><br>Date:  June 17, 2013<br>Time:  9:30 a.m.<br>Judge: Honorable William B. Shubb |

    The United States of America through its undersigned counsel, Lee Bickley, Assistant United States Attorney, together with counsel for defendant Moctezuma Tovar, Thomas A. Johnson, Esq., counsel for defendant Manuel Herrera, John R. Manning, Esq., counsel for defendant Ruben Rodriguez, Bruce Locke, Esq., counsel for defendant Jaime Mayorga, Ronald J. Peters. Esq., counsel for defendant Sandra Hermosillo, Erin J. Radekin, counsel for defendant Jun Dirain, Matthew M. Scoble, Esq., and counsel for defendant Christian Renteria, Christopher R. Cosca, Esq., hereby stipulate the following:

  1. By previous order, this matter was set for status conference on April 15, 2013.

  2. By this stipulation, defendants now move to continue the status conference until June 17,

1

2013 at 9:30 a.m. and to exclude time between April 15, 2013 and June 17, 2013 under the Local Code T-4 (to allow defense counsel time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

   a. This is voluminous mortgage fraud case involving (allegedly) numerous properties and individuals (including seven co-defendants). Thus far, the Government has produced over 25,000 pages of discovery (plus numerous audio recordings). The conduct alleged in this matter spans several years and, at the time of indictment, was several years old.

   b. Counsel for the defendants need additional time to review the discovery and conduct investigation.

   c. Counsel for defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d. The Government does not object to the continuance.

   e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

   f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of April 15, 2013 to June 17, 2013, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on

the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 9, 2013  /s/ Thomas A. Johnson  
THOMAS A. JOHNSON  
Attorney for Defendant  
Moctezuma Tovar

Dated: April 9, 2013  /s/ John R. Manning  
JOHN R. MANNING  
Attorney for Defendant  
Manuel Herrera

Dated: April 9, 2013  /s/ Bruce Locke  
BRUCE LOCKE  
Attorney for Defendant  
Ruben Rodriguez

Dated: April 9, 2013  /s/ Ronald J. Peters  
RONALD J. PETERS  
Attorney for Defendant  
Jaime Maorga

Dated: April 9, 2013  /s/ Erin J. Radekin  
ERIN J. RADEKIN  
Attorney for Defendant  
Sandra Hermosillo

Dated: April 9, 2013  /s/ Matthew M. Scoble  
MATTHEW M. SCOBLE  
Attorney for Defendant  
Jun Dirain

///

///

Dated: April 9, 2013                    /s/ Christopher Cosca
                                        CHRISTOPHER COSCA
                                        Attorney for Defendant
                                        Christian Renteria


Dated: April 9, 2013                    Benjamin B. Wagner
                                        United States Attorney

                                        by:/s/  Lee Bickley
                                        LEE BICKLEY
                                        Assistant U.S. Attorney

## ORDER

IT IS SO FOUND AND ORDERED this <u>11th</u> day of <u>April</u>, 2013.

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE