THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Moctezuma Tovar

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )
                                     )
            Plaintiff,               )   Case No.: 2:11-cr-00296-WBS
                                     )
    vs.                              )   STIPULATION AND ORDER FOR
                                     )   CONTINUANCE OF STATUS
                                     )   CONFERENCE
                                     )
MOCTEZUMA TOVAR, et al.,             )
                                     )
            Defendants.              )
                                     )
                                     )
_____)

The United States of America through its undersigned counsel, Lee Bickley,

Assistant United States Attorney, together with counsel for defendant Moctezuma Tovar,

Thomas A. Johnson, Esq., counsel for defendant Manuel Herrera, John R. Manning, Esq.,

counsel for defendant Ruben Rodriguez, Bruce Locke, Esq., counsel for defendant Jaime

Mayorga, Ronald J. Peters. Esq., counsel for defendant Sandra Hermosillo, Erin J.

Radekin, counsel for defendant Jun Dirain, Matthew M. Scoble, Esq., and counsel for

defendant Christian Renteria, Christopher R. Cosca, Esq., hereby stipulate the following:

1.  By previous order, this matter was set for status conference on June 17, 2013.

2.  By this stipulation, defendants now move to continue the status conference to
    September 9, 2013, and to exclude time between June 17, 2013, and September 9,
    2013 under the Local Code T-4 (to allow defense counsel time to prepare).

3.   The parties agree and stipulate, and request the Court find the following:

a. A continuance is requested because counsel for the defendants needs additional time to review the discovery and conduct investigation. This is voluminous mortgage fraud case involving allegedly numerous properties and individuals, including seven co-defendants. Thus far, the Government has produced over 25,000 pages of discovery, plus numerous audio recordings. The conduct alleged in this matter spans several years and, at the time of indictment, was several years old.

b. Counsel for defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. The Government does not object to the continuance.

d. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of June 17, 2013, to September 9, 2013, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

Dated: June 11, 2013
/s/  Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Defendant
Moctezuma Tovar

Dated: June 11, 2013
/s/  Thomas A. Johnson for
JOHN R. MANNING
Attorney for Defendant
Manuel Herrera

Dated: June 11, 2013
/s/  Thomas A. Johnson for
BRUCE LOCKE
Attorney for Defendant
Ruben Rodriguez

Dated:  June 11, 2013
/s/  Thomas A. Johnson for
RONALD J. PETERS
Attorney for Defendant
Jaime Maorga

Dated:  June 11, 2013
/s/  Thomas A. Johnson for
ERIN J. RADEKIN
Attorney for Defendant
Sandra Hermosillo

Dated: June 11, 2013
/s/  Thomas A. Johnson for
MATTHEW M. SCOBLE
Attorney for Defendant
Jun Dirain

Dated: June 11, 2013
/s/  Thomas A. Johnson for
CHRISTOPHER COSCA
Attorney for Defendant
Christian Renteria

BENJAMIN B. WAGNER
United States Attorney

Dated: June 11, 2013
/s/  Thomas A. Johnson for
LEE BICKLEY
Assistant U.S. Attorney

## ORDER

IT IS SO FOUND AND ORDERED.

Dated:  June 17, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE