```
BRUCE LOCKE #177787
Moss & Locke
800 Howe Avenue, Ste 110
Sacramento, CA 95825
916-569-0667
blocke@mosslocke.com
```

UNITED STATES DISCTIRCT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>   vs.<br><br>RUBEN RODRIGUEZ,<br><br>        Defendant | Case No.: 11-296-03 WBS<br><br>STIPULATION AND ORDER TO ALLOW RUBEN RODRIGUEZ TO TRAVEL TO MEXICO OVER CHRISTMAS TO VISIT HIS WIFE AND NINE MONTH OLD DAUGHTER |

IT IS HEREBY STIPULATED AND AGREED between the defendant Ruben Rodriguez, by and through his undersigned defense counsel, and the United States of America by and through its counsel, Assistant U.S. Attorney Lee Bickley, that Mr. Rodriguez may, with the permission of his Pre-Trial Services Officer, and pursuant to such conditions as required by the Pre-Trial Services Officer, travel to Mexico between December 18, 2013 and January 5, 2014 to visit his wife and daughter. It is further stipulated that Mr. Rodriguez must check-in with his Pre-Trial Services Officer as required by the Pre-Trial Services Officer. The Pre-Trial Services Officer may return Mr. Rodriguez's passport to him any time after the date of this Order and Mr. Rodriguez is ordered to surrender the passport to the Pre-Trial Services Officer the day after his return to the United States and no later than January 6, 2014. Ms. Bickley has authorized Mr. Locke to sign this pleading for her.

| | | |
|---|---|---|
| 1 | DATED: November 26, 2013 | /S/ Bruce Locke |
| 2 | | BRUCE LOCKE<br>Attorney for RUBEN RODRIGUEZ |
| 3 | DATED: November 26, 2013 | /S/ Bruce Locke |
| 4 | | FOR LEE BICKLEY<br>Attorney for the United States |

IT IS SO ORDERED.

Dated: November 26, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE